Michael S. Winsten (State Bar No. 126554)
WINSTEN LAW GROUP
27201 Puerta Real, Suite 465
Mission Viejo, California 92691
Telephone: (949) 429-3400
Telecopier: (949) 429-3500
E-Mail: mike@winsten.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DAVITA INC., etc., et al., Plaintiff(s), v. UNITED HEALTHCARE INSURANCE COMPANY, etc., et al., Defendant(s). | CASE NUMBER SACV09-523 JVS (RNBx) NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety, **without prejudice.**

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure, **without prejudice.**

WINSTEN LAW GROUP

October 16, 2009                    By /s/ Michael S. Winsten
Date                                Signature of Attorney/Party
                                    Michael S. Winsten

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*